FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
-4 AM 11: 36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HERSCHEL PITTS | ) | INDICTMENT NO. CR603-00020-001 |

## ORDER

On August 12, 2003, Defendant pled guilty to Count 2 of an Indictment charging him with attempting to possess with intent to distribute more than 1 kilogram of a substance or mixture containing heroin. The Court, on October 21, 2003, sentenced Defendant to one hundred twenty (120) months confinement.

On August 22, 2007, the Government filed a motion pursuant to Fed R. Crim. Pro. 35(b) based on substantial assistance Defendant provided to the Government after his sentence was imposed. The Court is satisfied that Defendant provided substantial assistance to the Government; however, the Court notes that the instant offense was not the first occasion that Defendant, a former federal correctional officer, negotiated to bring contraband into a correctional facility. As a result, any reduction in sentence must be tempered by the significant seriousness of Defendant's offense of conviction.

Based on the aforementioned, the Government's motion is hereby **GRANTED**, and Defendant's original sentence is reduced to ninety-six (96) months. All other provisions of the original sentence remain the same.

**SO ORDERED**, this ____ day of September, 2007.

_____
B. Avant Edenfield
United States District Judge
For the Southern District of Georgia